IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
COLUMBUS DIVISION

| | | |
|---|---|---|
| In re<br>SHERRI ANN BORGHESE,<br>   Debtor(s) | )<br>)<br>)<br>)<br>)<br>) | Chapter 13<br><br>Case No.  2:23-bk-50036 |

REQUEST OF PRA RECEIVABLES MANAGEMENT, LLC
FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

PLEASE TAKE NOTICE that PRA Receivables Management, LLC, as authorized agent for Synchrony Bank (Synchrony Networks - Last four digits of account: 8402 ), a creditor in the above-captioned chapter 13 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
Telephone: (877)885-5919
Facsimile: (757) 351-3257
E-mail: Claims_RMSC@PRAGroup.com

Dated: Norfolk, Virginia
January 7, 2023

By: /s/ Valerie Smith
Valerie Smith
c/o PRA Receivables Management, LLC
Senior Manager
PO Box 41021
Norfolk, VA 23541
(877)885-5919

Assignee Creditor: Synchrony Networks - Last four digits of account: 8402

# CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2023, a copy of the foregoing Request For Service of Notices was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court :

SHERRI ANN BORGHESE

FAYE D ENGLISH, Trustee

US Trustee

By: /s/ Valerie Smith