Form a0ntcsch
(Rev. 6/18)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio
### 170 North High Street
### Columbus, OH 43215−2414

In Re: Sherri Ann Borghese

    Debtor(s)

SSN/TAX ID:
   xxx−xx−6914

Case No.: 2:23−bk−50036

Chapter: 13

Judge: Mina Nami Khorrami

**ORDER REGARDING DEFICIENT FILING BY INDIVIDUAL DEBTOR
AND SETTING FOURTEEN (14) DAY DEADLINE FOR COMPLIANCE; AND
<u>NOTICE OF IMMINENT DISMISSAL OF CASE</u>**

The above−captioned bankruptcy case was filed without certain forms required by the Bankruptcy Code and/or Federal and Local Rules of Bankruptcy Procedure. See 11 U.S.C §§ 109(h), 342(b), 521(a)(1); Federal Rules of Bankruptcy Procedure 1007 and 2016; and Local Bankruptcy Rules 1007−1, 1007−2, 1015−2 and 2016−1(b)(1). Most required official and local forms are available on the on the court's website (www.ohsb.uscourts.gov), under the tab "Rules & Forms." The following required forms are missing and must be filed **within fourteen (14) days of the petition filing date:**

I. Forms required by 11 U.S.C. § 521(a)(1);

☐   Attorney's certification regarding notice to debtor required by 11 U.S.C. § 342(b) (Official Form 101, Part 7)

☐   Signature of debtor and certification regarding notice to debtor required by 11 U.S.C. § 342(b) (Official Form 101, Part 7)

☐   Schedules A/B − Property (Official Form 106A/B)

☐   Schedule D − Creditors Who Have Claims Secured by Property (Official Form 106D)

☐   Schedule E/F − Creditors Who Have Unsecured Claims (Official Form 106E/F)

☐   Schedule I − Your Income; must include an answer to Question 13 (Official Form 106I)

☐   Schedule J − Your Expenses; must include an answer to Question 24 (Official Form 106J)

☐   Schedule J−2 − Expenses for Separate Household of Debtor 2 (Official Form 106J−2)

☐   Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107)

☐   Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period. (Official Form 122C−1)

☐   Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)

II. Other required forms:

☐ Explain Your Efforts to Receive a Briefing About Credit Counseling – Debtor (Official Form 101, Part 5)

☐ Explain Your Efforts to Receive a Briefing About Credit Counseling – Joint Debtor (Official Form 101, Part 5)

☑ Certificate of Credit Counseling – Debtor (certificate is provided by credit counseling agency)

☐ Certificate of Credit Counseling – Joint Debtor (certificate is provided by credit counseling agency)

☐ Certification of exigent circumstances under 11 U.S.C. § 109(h)(3) (separate sheet attached to Official Form 101)

☐ Motion for waiver of credit counseling requirement under 11 U.S.C. § 109(h) (4)  (separate motion)

☐ Schedule C – The Property You Claim as Exempt (Official Form 106C)

☐ Schedule G – Executory Contracts and Unexpired Leases (Official Form 106G)

☐ Schedule H – Your Codebtors (Official Form 106H)

☐ Summary of Your Assets and Liabilities and Certain Statistical Information (Official Form 106Sum)

☐ Declaration About an Individual Debtor's Schedules (Official Form 106Dec)

☐ Chapter 13 Calculation of Your Disposable Income. (Official Form 122C−2)

☐ Chapter 13 Attorney Compensation Disclosure Statement (Local Bankruptcy Rule Form 2016−1(b))

☐ Statement of Related Cases (Local Bankruptcy Rule Form 1015−2)

☐ Statement About Your Social Security Numbers (Official Form 121)

☐ Verification of List of Creditors (Local Bankruptcy Rule 1007−2; available on the court's website at (www.ohsb.uscourts.gov/pdf−writable−forms)

**THIS CASE MAY BE DISMISSED WITHOUT FURTHER NOTICE IF THE DEBTOR(S) FAILS TO COMPLY WITH THIS ORDER.**

**SO ORDERED.**

Dated: January 9, 2023

Mina Nami Khorrami
United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of Ohio

| | |
|---|---|
| In re: | Case No. 23-50036-mnk |
| Sherri Ann Borghese | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0648-2 | User: ad | Page 1 of 1 |
| Date Rcvd: Jan 09, 2023 | Form ID: a0ntcs13 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sherri Ann Borghese, 1791 Deanne Lane, Columbus, OH 43223-2159 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2023            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Asst US Trustee (Col) | ustpregion09.cb.ecf@usdoj.gov |
| Derek Michael Shaw | on behalf of Debtor Sherri Ann Borghese measter@caliglaw.com dshaw@caliglaw.com |
| Faye D. English | notices@ch13columbus.com |

TOTAL: 3