```
Label Matrix for local noticing          Synchrony Bank                           Ad Astra Recovery
0648-2                                   c/o PRA Receivables Management, LLC      7330 West 33rd Street North
Case 2:23-bk-50036                       PO Box 41021                             Suite 118
Southern District of Ohio                Norfolk, VA 23541-1021                   Wichita, KS 67205-9370
Columbus
Mon Jan 16 10:46:22 EST 2023

Andy Bowers                              Angel Poynter                            Asst US Trustee (Col)
605 N. High St. #154                     5900 Roche Dr.                           Office of the US Trustee
Columbus, OH 43215-2024                  Suite 325                                170 North High Street
                                         Columbus, OH 43229-3288                  Suite 200
                                                                                  Columbus, OH 43215-2417

Bright Lending                           (p)JPMORGAN CHASE BANK  N A              Choice Recovery
PO Box 578                               BANKRUPTCY MAIL INTAKE TEAM              Attn: Banktruptcy
Hays, MT 59527-0578                      700 KANSAS LANE FLOOR 01                 1105 Schrock Rd, Ste 700
                                         MONROE LA 71203-4774                     Columbu, OH 43229-1168

Credit Collection Services               Eitel's Towing                           Enhanced Recovery Company
Attn: Bankruptcy                         7111 Stahl Rd.                           Attn: Bankruptcy
725 Canton St                            Orient, OH 43146-9601                    8014 Bayberry Road
Norwood, MA 02062-2679                                                            Jacksonville, FL 32256-7412

Farmers Insurance                        Fast Day Loans                           (p)KORNERSTONE CREDIT  LLC
PO Box 268992                            PO Box 44                                ATTN LESTER RUEDA
Oklahoma City, OK 73126-8992             Batesland, SD 57716-0044                 1111 DRAPER PARKWAY SUIT 200
                                                                                  DRAPER UT 84020-9058

(p)LENDMARK FINANCIAL SERVICES           Liberty Freight Furniture                Midland Funding/Midland Credit Mgmt
2118 USHER ST                            5580 West Broad St.                      Attn: Bankruptcy
COVINGTON GA 30014-2434                  Columbus, OH 43228-1118                  Po Box 939069
                                                                                  San Diego, CA 92193-9069

Minto Money                              (p)NATIONAL CREDIT SYSTEMS               Navient Solutions Inc
PO Box 58112                             ATTN ATTN BANKRUPTCY                     Attn: Bankruptcy
Minto, AK 99758-0112                     PO BOX 672288                            P.O. Box 9500
                                         MARIETTA GA 30006-0039                   Wilkes-Barre, PA 18773-9500

Ohio Health                              PRA Receivables Management, LLC          Resurgent Capital Services
1457 E 40th St                           PO Box 41021                             Attn: Bankruptcy
Cleveland, OH 44103-1103                 Norfolk, VA 23541-1021                   Po Box 10497
                                                                                  Greenville, SC 29603-0497

Seventh Ave/Swiss Colony Inc.            State of Ohio                            Woodbury Garden Homes
Attn: Bankruptcy                         Department of Taxation                   751 Yvette Court
1112 7th Ave                             PO Box 2476                              Columbus, OH 43223-2109
Monroe, WI 53566-1364                    Columbus, OH 43216-2476

Derek Michael Shaw                       Faye D. English                          Sherri Ann Borghese
Calig Law Firm                           Chapter 13 Trustee                       1791 Deanne Lane
513 E. Rich Street                       10 West Broad Street                     Columbus, OH 43223-2159
Suite 210                                Suite 1600
Columbus, OH 43215-5584                  Columbus, OH 43215-3416
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase<br>PO Box 15583<br>Wilmington, DE 19886 | Kornerstone Credit, LLC<br>1111 Draper Parkway, Suite 200<br>Draper, UT 84020 | Lendmark Financial Ser<br>2118 Usher St.<br>Covington, GA 30014 |
| National Credit Systems, Inc.<br>Attn: Bankruptcy<br>Po Box 312125<br>Atlanta, GA 31131 | End of Label Matrix<br>Mailable recipients   29<br>Bypassed recipients    0<br>Total                 29 | |